# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *
                                    *
ERIC BROWN, TRUSTEE FOR THE         *
ACKERMAN TRUST,                     *
                                    *
              Plaintiff,            *
                                    *   No. 15-12681L
       v.                           *   Filed: August 14, 2017
                                    *
UNITED STATES,                      *
                                    *
              Defendant.            *
                                    *
* * * * * * * * * * * * * * * * * *
```

**O R D E R**

The court is in receipt of the stipulation to voluntarily dismiss the claims of the above captioned plaintiff in the case of Joe L. Dawson, et al. v. United States, 15-1268L. The claims associated with the above-captioned plaintiff, are, hereby, **SEVERED** from the case of Joe L. Dawson, et al. v. United States, 15-1268L and shall be reorganized, for case management purposes, into the above-captioned case, Eric Brown, Trustee for the Ackerman Trust v. United States, and assigned Case No. 15-12681L. The court **DISMISSES**, without prejudice, the claims of Eric Brown, Trustee for the Ackerman Trust. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of the named plaintiff, Case 15-12681L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of Joe L. Dawson, et al. v. United States, 15-1268L.

    **IT IS SO ORDERED**.

                    s/Marian Blank Horn
                    **MARIAN BLANK HORN**
                       **Judge**